**CERTIFICATE OF SERVICE**

I hereby certify that, on February 3, 2026, a true and correct copy of the Notice of Removal was served upon the following counsel of record in the manner indicated:

VIA ELECTRONIC MAIL - michele@allenlaborlaw.com
Michele D. Allen
ALLEN AND ASSOCIATES
4250 Lancaster Pike Suite 230
Wilmington, DE 19805

*/s/ Lauren E.M. Russell*
Lauren E.M. Russell (No. 5366)