# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS KIRLIN, | ) |
|  Plaintiff, | ) ) ) ) |
| v. | ) C.A. No. 26-00128-UNA |
| CITY OF WILMINGTON, | ) ) |
|  Defendant. | ) ) |

**STIPULATION AND [PROPOSED] ORDER**
**TO EXTEND TIME TO RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Plaintiff and Defendant, subject to the approval of the Court, that Defendant's time to answer, move, or otherwise respond to the Complaint in this action shall be extended through February 27, 2026.

| ALLEN & ASSOCIATES | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Michele D. Allen* | */s/ Lauren E.M. Russell* |
| Michele D. Allen (No. 4359) | Lauren E.M. Russell (No. 5366) |
| 4250 Lancaster Pike, Suite 230 | 1313 North Market Street |
| Wilmington, DE 19805 | Hercules Plaza, 6th Floor |
| (302) 234-8600 | Wilmington, DE 19801 |
| michele@allenlaborlaw.com | (302) 984-6000 |
|  | lrussell@potteranderson.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |

Dated: February 10, 2026

SO ORDERED this _____ day of _____ 2026.

_____
United States District Court Judge