## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS KIRLIN, </br></br> Plaintiff, </br></br> v. </br></br> CITY OF WILMINGTON, </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) C.A. No. 26-00128-JLH </br> ) </br> ) </br> ) </br> ) </br> ) |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Elizabeth S. Dean, of Potter Anderson & Corroon LLP, 1313 N. Market Street, 6th Floor, Wilmington, DE 19801, as counsel on behalf of Defendant City of Wilmington.

POTTER ANDERSON & CORROON LLP

*/s/ Elizabeth S. Dean*
Lauren E.M. Russell (No. 5366)
Elizabeth S. Dean (No. 6913)
1313 North Market Street
Hercules Plaza, 6th Floor
Wilmington, DE  19801
(302) 984-6000
lrussell@potteranderson.com
edean@potteranderson.com

*Attorneys for Defendant*

Dated: February 11, 2026